**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ELLA ROZIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  4:22-cv-00159 |
| | ) |
| MERCY CLINICS EAST | ) |
| COMMUNITIES, INC., and | ) |
| MERCY HEALTH, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants Mercy Clinic East Communities and Mercy Health ("Defendants") (improperly identified in the Complaint as Mercy Clinic East Communities, Inc. and Mercy Health, Inc.) hereby give notice of the removal of the above-styled action to this Court from the Circuit Court of St. Charles County, State of Missouri. In support of their Notice of Removal, Defendants state as follows:

1.      The action styled *Ella Rozin v. Mercy Clinic East Communities, Inc. et al.*, Case No. 2211-CC-00026, was filed in the Circuit Court of St. Charles County, State of Missouri, on or about January 10, 2022 (the "Petition").

2.      Defendant Mercy Clinic East Communities was served with a summons and a copy of Plaintiff's Petition for Damages on January 12, 2022 (hereinafter the "Complaint").

3.      Defendant Mercy Health was served with a summons and a copy of Plaintiff's Complaint for Damages on January 12, 2022.

4.      This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

5.     Venue of this civil action is proper in this Court pursuant to 28 U.S.C. §§ 1391, 1441(a) because Plaintiff filed her Complaint in the Circuit Court of St. Charles County, Missouri, which is located in the Eastern District's jurisdiction.

6.     The state court action is removable because this Court has jurisdiction based on federal question.

**FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION**

7.     In her Complaint, Plaintiff purports to bring claims for employment discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq.* ("ADEA") and the Missouri Human Rights Act, § 213.010, *et seq.* ("MHRA").

8.     Under 28 U.S.C. § 1441(a), claims or causes of action presented in state court proceedings where the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States are removable without regard to the citizenship of the parties.

9.     Plaintiff's Complaint asserts a claim arising under federal law, i.e., the ADEA. Accordingly, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and removal of this action is authorized by 28 U.S.C. § 1441. *See Biswas v. Sasak Corp.*, 2016 WL 278869 (E.D. Mo. Jan. 22, 2016) (ADEA claims may be removed to federal court).

10.     Additionally, this Court can and should exercise supplemental jurisdiction over the state MHRA claim pursuant to 28 U.S.C. § 1367, because the claim is so related to the ADEA claim that it is part of the same case or controversy as the claim over which this Court has original jurisdiction. *See McRaven v. Sanders*, 577 F.3d 974, 984 (8th Cir. 2009) (holding lower court's exercise of supplemental jurisdiction over the plaintiff's claims under the Arkansas Civil Rights Act was proper as the state and federal claims derived "from a common nucleus of operative fact").

2

**CONCLUSION**

11.     Defendants properly remove this case to federal court pursuant to 28 U.S.C. §§ 1331 and 1367 because Plaintiff's Complaint asserts a claim arising under federal law and this Court has supplemental jurisdiction over the asserted state law claim.

12.     Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of their filing of this Notice to Plaintiff. Defendants will also promptly file a copy of this Notice with the Circuit Court of St. Charles County, State of Missouri.

13.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants, and retrieved by the undersigned counsel from Missouri CaseNet are attached to this Notice as Exhibit A.

WHEREFORE, Defendants Mercy Clinic East Communities and Mercy Health, by and through their counsel, desiring to remove this civil action of the United States District Court for the Eastern District of Missouri, Eastern Division, prays that the filing of this Complaint and for Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Complaint for the Notice of Removal with the clerk of the Circuit Court of St. Charles County, State of Missouri, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Andrew L. Metcalf*
James M. Paul, # 44232MO
Andrew L. Metcalf, # 66079MO
7700 Bonhomme Avenue, Suite 650
St. Louis MO,  63105
Telephone:  314.802.3935
Facsimile:  314.802.3960
james.paul@ogletree.com
andrew.metcalf@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 9, 2022, I electronically filed the above and foregoing document using the Court's e-filing system and sent a copy via U.S. Mail to:

Jessica M. Scales
Sedey Harper Westhoff, P.C.
2711 Clifton Avenue
Saint Louis, MO 63139
Phone: 314-773-3566
Fax: 314-773-3615
jscales@sedeyharper.com

*Attorney for Plaintiff*

*/s/ Andrew L. Metcalf*
An Attorney for Defendants

50182747.1