IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ELLA ROZIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| MERCY CLINIC EAST ) | |
| COMMUNITIES, INC. ) | |
| ) | |
| and, ) | **JURY TRIAL REQUESTED** |
| ) | |
| MERCY HEALTH, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Serve Both on: ) | |
| CSC Lawyers Service Company, Inc. ) | |
| 221 BOLIVAR ST ) | |
| JEFFERSON CITY, MO 65101 ) | |

**PETITION FOR WRONGFUL TERMINATION IN VIOLATION OF
THE MISSOURI HUMAN RIGHTS ACT AND THE AGE DISCRIMINATION IN
EMPLOYMENT ACT**

Plaintiff Ella Rozin, to redress the injuries Defendants caused after terminating her because of her age, brings this claim under the Missouri Human Rights Act, Section 213.0l0 et seq., RSMo 1986, ("MHRA") and the Age Discrimination in Employment Act, 29 U.S.C. §621 et seq.  In support thereof, Plaintiff states:

**FACTS COMMONS TO ALL CLAIMS**

1. Plaintiff Dr. Ella Rozin's date of birth is February 7, 1957.  She was 63 years old in May 2020.

2. Defendant Mercy Clinic East Communities, Inc. is a Missouri benevolent corporation in good standing with business operations in St. Charles County, Missouri.

1

Electronically Filed - St Charles Circuit Div - January 10, 2022 - 11:33 AM

3. Defendant Mercy Health, Inc. is a Missouri non-for-profit corporation in good standing with business operations in St. Charles County, Missouri.

4. Dr. Rozin worked for Defendants as a pediatrician for over 24 years from April 1, 1996 until her wrongful termination on May 19, 2020.

5. In approximately September 2013, Dr. Rozin moved her practice to the Mercy Clinics Pediatrics Technology Drive facility in O'Fallon, MO.

6. Dr. Rozin started with no patients, growing her practice from zero patients to approximately 1600 patients.

7. Dr. Rozin developed a good rapport with her patients over the years, treating many from infancy until they aged out.

8. Dr. Rozin also treated the children of her former patients, whom she affectionately called her grandbabies.

9. Dr. Rozin and Nurse Practitioner Nancy Fuegner where the only pediatric providers at this clinic location.

10. In May 2020, Vice President Heidi Hastings said that Defendants would use a physician's tenure and corrective actions in determining which physicians would be eliminated.

11. Dr. Rozin with an over 24-year work history had one of the physicians with the most tenure with Defendants.

12. Defendants had not reprimanded or disciplined Dr. Rozin.

13. On May 19, 2020, Vice President Ryan Hamilton terminated Dr. Rozin, telling Dr. Rozin that her position was "eliminated."

14. Dr. Rozin was 63 years old at the time of her termination.

15. The following day, May 20, 2020, Defendants terminated her Nurse Practitioner Nancy Fuegner, the other pediatric provider at the Technology Drive facility, who is also in her 60s.

16. Around the same time it terminated Dr. Rozin and Nurse Practitioner Fuegner, Defendants also terminated pediatric nurse Erin Molstad who is approximately in her 50s. Ms. Molstad worked at the Technology Drive facility. Defendants retained a younger nurse located at the Technology Drive Practice.

17. After Dr. Rozin's termination, Defendants continue to operate a pediatric practice from the Mercy Clinics Pediatrics Technology Drive facility in O'Fallon, MO.

18. Defendants staffed the pediatric practice at the Mercy Clinics Pediatrics Technology Drive facility in O'Fallon, MO with pediatric practitioners who are younger, less qualified than Dr. Rozin, and who had less tenure than Dr. Rozin.

19. After Dr. Rozin's termination, Defendant's employees referred to Dr. Rozin's practice as "the office of Dr. Hagen, Dr. Hackney, and Nurse Practitioner Erin Adams."

20. Dr. Rozin is approximately 20 years older than Dr. Justin Hagen, has more tenure than Dr. Hagen, is more qualified to continue caring for her patients than he is.

21. Dr. Rozin is approximately 20 years older than Dr. Kimberly Hackney, has more tenure than Dr. Hackney, and is more qualified to continue caring for her patients than Dr. Hackney is.

22. Around the same time Defendants terminated Dr. Rozin, Defendants also terminated more than 50 other physicians who were mostly over age 40 and were replaced by younger, less qualified physicians.

23.

3

## COUNT I

## AGE DISCRIMINATION IN VIOLATION OF

## THE MISSOURI HUMAN RIGHTS ACT

24. Plaintiff incorporates the above paragraphs.

25. The unlawful employment practices complained of herein were committed within St. Charles County, Missouri. Jurisdiction and venue in this Court are, therefore, proper pursuant to Section 231.111, R.S. Mo. 1999.

26. At all relevant times, Defendant employed more than six persons and is an employer within the meaning of the MHRA.

27. On August 26, 2020, Dr. Rozin filed Charge of Discrimination No. 560-2020-02595 with the Missouri Commission on Human Rights ("MCHR") within 180 days of her termination.

28. On October 8, 2020, MCHR issued a "Notice of Termination of Proceedings" which administratively closed Dr. Rozin's case without issuing to her a Right to Sue.

29. On November 9, 2020, Dr. Rozin filed a Petition for Writ of Mandamus in Cole County Circuit Court against the MCHR, requesting the Court direct MCHR to issue to her a Right to Sue among other relief. Her Petition for Writ is still pending against the MCHR in the Circuit Court of Cole County.

30. Dr. Rozin believes the Missouri Courts will direct the MCHR to issue to her a Right to Sue as part of the relief granted in the Cole County action.

31. Dr. Rozin has filed this lawsuit within two years of her termination.

4

32. Defendants, by their actions and failures to act, including but not limited to those described above, discriminated against Dr. Rozin because of her age in violation of the Missouri Human Rights Act.

33. Dr. Rozin's age was a motivating factor in Defendants' decision to terminate her employment.

34. As a result of Defendants' actions and failures to act as described herein, Dr. Rozin has suffered non-diagnosed emotional pain, suffering, humiliation, inconvenience, mental anguish and loss of enjoyment of life.

35. In addition, Dr. Rozin has lost income and benefits of employment and has incurred and will continue to incur attorney's fees, costs and expenses of suit.

36. Defendants' conduct was outrageous because of its evil motive or reckless indifference to the rights of Dr. Rozin and, as such, warrants an award of punitive damages in such sum as will serve to punish Defendants and to deter them and others from like conduct.

WHEREFORE, Plaintiff prays that this Court will, after trial by jury, enter judgment in her favor and against Defendants, in amounts to be determined at trial, for her back pay and lost benefits, front pay, interest on back pay, compensation for emotional distress, punitive damages, attorneys' fees and costs of suit, and for such other relief as justice requires.

## COUNT II
## AGE DISCRIMINATION IN VIOLATION OF
## THE AGE DISCRIMINATION IN EMPLOYMENT ACT

37. Plaintiff incorporates the above paragraphs.

38. At all relevant times, Defendants employed more than 20 persons and is an employer within the meaning of the ADEA.

39.     On October 20 2021, Plaintiff received from the Equal Employment Opportunity Commission its Notice of Right to Sue, and this action was initiated within ninety days of receipt thereof.

40.     Defendants, by its actions and failures to act, as described above, discriminated against Plaintiff on the basis of age in violation of the Age Discrimination in Employment Act.

41.     Plaintiff has lost income and benefits of employment and has incurred and will continue to incur attorney's fees, costs and expenses of suit.

42.     Defendant's violation of the ADEA was willful because it knew or showed reckless disregard for whether its conduct was prohibited by the ADEA.

WHEREFORE, Plaintiff prays that this Court enter judgment in his favor against Defendants for lost wages and other benefits of employment, liquidated damages, prejudgment interest, appropriate declaratory and injunctive relief, front pay and any other appropriate equitable relief, attorney's fees and costs and for such other relief as justice may require.

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Jessica M. Scales*

Jessica M. Scales, #64136
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
jscales@sedeyharper.com