UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLA ROZIN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00159-SRC |
| | ) |
| MERCY CLINIC EAST | ) |
| COMMUNITIES, INC., et al., | ) |
| | ) |
| Defendant(s). | |

## Order

Having considered the parties' [20] Joint Motion to Stay Pending Mandatory Arbitration, the Court grants the motion and stays this case pending arbitration. The Court denies [10] Motion to Stay and [14] Motion to Compel Arbitration as moot. The parties must provide a joint status report regarding the progress of arbitration proceedings no later than June 6, 2022, and must also submit a notice updating the Court no later than 10 days following the conclusion of arbitration proceedings.

The Court directs the Clerk of Court to administratively close this case. The parties must continue to comply with all orders of the Court, provide status updates to the Court, and promptly notify the Court of any development that may affect the stay of this case.

So Ordered this 9th day of March 2022.

*SLR.CQ*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE